IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-107 |
| | ) | |
| $12,455 U.S. CURRENCY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 12) of Magistrate Judge Thomas Rawles Jones, Jr., dated June 29, 2011. The Magistrate Judge recommended that default judgment be entered against the defendant currency and that the defendant currency be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6). As of the date of this order, no objections have been filed. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Thus, it is hereby

ORDERED that defendant currency is forfeited to the United States.

July 19, 2011
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge